IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-CV-6-BO-RJ

| | | |
|---|---|---|
| QUARLA NAKIA BLACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| LENOIR CO. BOARD OF | ) | |
| ELECTIONS, and NC STATE BOARD | ) | |
| OF ELECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the memorandum and recommendation (M&R) of United States Magistrate Judge Robert B. Jones, Jr. [DE 5]. Judge Jones allowed plaintiff to proceed in forma pauperis and conducted a frivolity review. He recommended that the claims asserted against the NC State Board of Elections be dismissed based on immunity and the claims against the Lenoir Co. Board of Elections be allowed to proceed.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). "[W]hen reviewing pro se objections to a magistrate's recommendation, district courts must review de novo any articulated grounds to which the litigant appears to take issue." *Elijah v. Dunbar*, 66 F.4th 454, 460–61 (4th Cir. 2023). Where no specific objections have

been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

No party has objected to the M&R and the time for doing so has expired. The Court has reviewed the M&R for clear error and finds none. Accordingly, the M&R [DE 9] is ADOPTED in full. The claims against NC State Board of Elections are DISMISSED and the claims against the Lenoir Co. Board of Elections may proceed.

SO ORDERED, this __1__ day of June 2026.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2